UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JANICE FAYE MURRAY,**<br>         *Plaintiff*<br><br>**v.**<br><br>**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**<br>         *Defendant* | §<br>§<br>§<br>§<br>§   **CIVIL NO. A-20-CV-0800-RP-SH**<br>§<br>§<br>§<br>§ |

**O R D E R**

Before the Court are Plaintiff's Application to Proceed *In Forma Pauperis*, filed July 29, 2020 (Dkt. 1), and Motion for Allowance to Effectuate Service, filed August 12, 2020 (Dkt. 2). The District Court assigned this case to the undersigned for disposition of all non-dispositive pretrial matters and for findings and recommendations on all case-dispositive motions, as provided in 28 U.S.C. § 636(b)(1), pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Standing Order Regarding Court Docket Management of Cases Seeking Judicial Review of Social Security Decisions for the Austin Division.

After reviewing Plaintiff's Application, the Court finds that she is indigent. Accordingly, the Court **HEREBY GRANTS** Plaintiff *in forma pauperis* status and **ORDERS** that her Complaint be filed without pre-payment of fees or costs or giving security therefor, pursuant to 28 U.S.C. § 1915(a)(1).

The Court further **GRANTS** Plaintiff's Motion for Allowance to Effectuate Service and **ORDERS** the Clerk to issue summons in this case without pre-payment of a service fee. Plaintiff will effectuate service on Defendant.

Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review the Complaint under § 1915(e)(2). After reviewing Plaintiff's

Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. The Court cautions Plaintiff that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue, or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Plaintiff is further advised that, although she has been granted leave to proceed *in forma pauperis*, the Court may, in its discretion, impose costs of court against her at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

**SIGNED** on August 13, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE